UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL NO. 5:20-CR-114-KKC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| **V.** | **ORDER** | |
| **SIERRA N. STEWART** | | **DEFENDANT** |

\* \* \* \* \*

It appearing to the Court that the United States of America, by counsel, has elected to exercise the right of Pretrial Diversion herein, and it further appearing to the Court:

A) That the defendant is presently enrolled in a Pretrial Diversion Program for the next 18 months, as a result of the above-entitled case;

B) That the defendant has waived any and all rights to a speedy trial as set out in Title 18, United States Code, Section 3161, et seq.

And it appearing to the Court that it is the legal prerogative and right of the United States to make a Pretrial Diversion herein; and the Court being sufficiently advised,

**IT IS NOW THEREFORE ORDERED AND ADJUDGED HEREIN** that the above action be and the same is hereby continued for a period of 18 months, or up to and including December 23, 2022.

This matter is scheduled for trial on **January 9, 2023 at 9:00 a.m.**

The Court finds that the delay resulting from this continuance is excluded under the following provisions of the Speedy Trial Act: 18 U.S.C. Section 3161(h)(7)(A), that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial, taking into account the exercise of due diligence. The time between the prior trial date and the new trial date should be excluded in computing the time that the trial of this matter must commence under the Speedy Trial Act.

DATED: June 24, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY