# .Torrent Files

## .Torrent Files on HP Computer

Over 100 .Torrent Files Located on HP Computer

All torrents in file path of: Users\monahan\AppData\Roaming\uTorrent

| .Torrent Files | |
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| Ls-Land.Issue.06-Little-Pirates.14.torrent | 4/6/2019 2:00 AM |
| LS Island-Land-Midsummer-Touch-Hots, etc LS [9 Sets].torrent | 4/6/2019 2:02 AM |
| Ls Island.torrent | 4/6/2019 2:03 AM |
| collection01 preteen pedo underagfe pthc babyshivid lolita maffiasex hussyfan st.petersburg ls magazine.torrent | 4/6/2019 2:04 AM |
| (Children-Sf-1Man) Pthc - Kylie Freeman Aka Vicky (11Yo) - Vicky Beginning And Swallows - [00.14.47].mpg.torrent | 4/6/2019 3:35 AM |
| Veci 2009 (10yo Cum In Mouth Good).mpg.torrent | 4/6/2019 3:46 AM |
| 9yo_girl_hard_porn.avi.torrent | 4/6/2019 4:04 AM |
| [ãƒãƒªå‹•ç"»] ï¼ˆæ´‹ç‚‰ï¼‰ [PTHC] (Hussyfan) #020 - Two Asian Kids And A Fat Man.avi.torrent | 4/6/2019 4:05 AM |
| (_) (_) A_- 11Yo Vicky - Pedofilia Part3 [found via www.FileDonkey.com].mpg.torrent | 4/6/2019 4:08 AM |

GOVERNMENT EXHIBIT 20  4:20-cr-00207

| .Torrent Files ||
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| 9yo girl with 17yo boy.avi.torrent | 4/6/2019 4:10 AM |
| Anya(ls-magazine) preteen lolita r@ygold hussyfan masha.torrent | 4/6/2019 4:21 AM |
| LS Studios Collection - LS Dreams.torrent | 4/6/2019 4:23 AM |
| Ls-Dreams.Issue.05.(Sweethearts).Movies.13-24.torrent | 4/6/2019 4:24 AM |
| Valya preteenz 9yo whore! 11YRS goddess on green desisuck Kindergarten Kinderfickervideos.mov.torrent | 4/6/2019 4:29 AM |
| sweetlola pedowoman hussyfan desi-young INCESTOS pedofilia-violacion pretty little girl gets PTHCed BabyHeart image.rar.torrent | 4/6/2019 4:30 AM |
| REELFAMILYSEX toddler hussyfan hmm Nephrene ((pthc)).mpg.torrent | 4/6/2019 4:33 AM |
| ptsc-preteen-pthc Dee (12yr) and Desi (13Yr) 11yo dutch preteen INFANT mashababko 08yrs pthc-preteen-pedo.avi.torrent | 4/6/2019 4:34 AM |
| (G)1st-bj-KO 9yo_2013_specialRecode.avi.torrent | 4/6/2019 5:04 AM |
| 9yo Chinese Preteen (Part 1).wmv.torrent | 4/6/2019 5:05 AM |
| pedo - Vicky 7 - bj.avi.torrent | 4/6/2019 5:06 AM |
| ptsc - Ls-Magazine(Video Angels) (02-05-01) perfect yg tits.avi.torrent | 4/6/2019 5:07 AM |
| Preteen cutie Celeste 12 y.o. PTSC.torrent | 4/6/2019 5:07 AM |

| .Torrent Files ||
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| Young Teen Dreams - Ls Island Ls Dreams Ls Models HQ erotic series.rar.torrent | 4/6/2019 5:14 AM |
| Izzy_(kiddywow - 9yo Isabel RCA - sex and blowjob scene=.avi.torrent | 4/6/2019 5:16 AM |
| LS Stunning Dolls; LS Future School etc [7 LS sets].torrent | 5/29/2019 22:29 PM |
| LS-ISLAND Midsummer Master collection.rar.torrent | 5/29/2019 22:32 PM |
| LS-ISLAND Midsummer Private Collection - Extra Hot.torrent | 5/29/2019 22:32 PM |
| Ls Island Midsummer Collection - Private Selection - Pics vids and magazines.torrent | 5/29/2019 22:35 PM |
| 11-Young kids Fucking-(kid fucks like a Bunny) 12yo 13yo.avi.torrent | 5/29/2019 22:37 PM |
| 12yo boy fucks 10yo girl 75 hr pics.torrent | 5/29/2019 22:38 PM |
| Kids Box - (Asian Lolita) 0708 - Cambodian Girl (11Yo) Fucks 10Yo Girl And Man (Excellent,Pthc).mpg.torrent | 5/29/2019 22:39 PM |
| Preteen Video Hc 001 - Ty 03 - Jap Lolita Hitomi 12Yo - Japanese Preteen Virgin Schoolgirl Defloration, Creampie, Cum Inside Pussy - J Av (Pthc - 30m4.mpg.torrent | 5/29/2019 22:43 PM |
| (pthc) 2010 16yo does his 12yo Girlfriend.torrent | 5/29/2019 22:45 PM |
| !!! ÃŽÃ□Ã„Ã□ÃŽÃ—Ãˆ'Ã'ÃœÃ'ÃŸ - ÃˆÃ„Ã…Ã€Ã‹ÃœÃ□ÃŽÃ… Ã'Ã…Ã‹ÃŽ - Anya - 12Yo Reallola (Pthc)-In Plaid Skirt v004 (Billy Bob)-06.avi.torrent | 5/29/2019 22:49 PM |

| .Torrent Files ||
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| pthc - (=^.^=) fernanda (12yo) cumshot in face_[child kids pedo r@ygold hussyfan].rar.torrent | 5/29/2019 22:51 PM |
| (children-sf-1man).pthc.-.barbara.(12yo).-.two.lolite.and.one.children.fuck.with.man.-.vid..1.-.[kinderkutje-pedoland][ru][00.08.50].rar.torrent | 5/29/2019 22:52 PM |
| pthc Pedoland Frifam webcam 12yo Viviane Striptease 2010-00.mp4.torrent | 5/29/2019 22:56 PM |
| 2010 Pthc Pedo Frifam Falkovideo - Part1-22.avi.torrent | 5/29/2019 22:57 PM |
| pthc Pedoland Frifam 9Yo Peggy Swallow Cum.mpg.torrent | 5/29/2019 23:04 PM |
| LS Island-Land-Midsummer-Touch-Hots, etc LS [9 Sets].1.torrent | 5/29/2019 23:07 PM |
| pthc - LS island modeling collection.torrent | 5/29/2019 23:34 PM |
| lola 11YRS 11 aÃ±os kindergarden tarbell.zip.torrent | 5/29/2019 23:42 PM |
| pedo - Vicky 7 - bj.avi.1.torrent | 5/29/2019 23:48 PM |
| Illegal pthc thumbs by ls island 170 thumbs 1997-2000.torrent | 5/29/2019 23:50 PM |
| LS Island-Land-Midsummer-Touch-Hots, etc LS [9 Sets].2.torrent | 5/29/2019 23:52 PM |
| hussyfan darkside photo's.rar.torrent | 5/29/2019 23:54 PM |
| Shining Pretties; Little Pirates, etc LS [8 LS sets].torrent | 5/29/2019 23:56 PM |
| Sandra Model_AMS 049 (Rare Extended 168 pics).rar.torrent | 5/29/2019 23:56 PM |

| .Torrent Files ||
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| Shining Pretties_Little Guests, etc (5 sets 3 videos).torrent | 5/29/2019 23:56 PM |
| Showgirls_2_16_21_etc (6 sets 1 video).torrent | 5/29/2019 23:56 PM |
| Showgirls_04_22_28 etc (6 big sets).torrent | 5/29/2019 23:56 PM |
| Showgirls_05_26_etc [4 sets 3 videos].torrent | 5/29/2019 23:56 PM |
| Showgirls.29_Shining Pretties.2a_11a, etc. [6 sets 2 videos].torrent | 5/29/2019 23:56 PM |
| Showgirls_08_15_24 (3 big sets).torrent | 5/29/2019 23:56 PM |
| Showgirls_17_18_27_30 (4 big sets).torrent | 5/29/2019 23:56 PM |
| Showgirls_Cowboys_LittlePirates (3sets).torrent | 5/29/2019 23:56 PM |
| Showgirls-12-13; Oriental-18; Girls-5,22,43; Tou-19b [7 LS sets].torrent | 5/29/2019 23:56 PM |
| Showgirls_LittlePearl_etc. (6sets).torrent | 5/29/2019 23:56 PM |
| Showgirls_LittlePirates_HawaiianBreeze (3sets).torrent | 5/29/2019 23:56 PM |
| Showgirls_LittlePirates_Mag04_Girls57 (4sets).torrent | 5/29/2019 23:56 PM |
| V-15-Valya 8yo-pthc-fuck masturb and cum-pthc-good quality.avi.torrent | 5/29/2019 23:59 PM |
| HOUSEKEEPER@wowose2008.cn@nelia (11yo)3 chair & cigarette.torrent | 5/30/2019 0:57 AM |
| (Kinderkutje) (Pthc) 11Yo Tina.avi.torrent | 5/30/2019 1:07 AM |
| (Kinderkutje) (Pthc) 9Yo Niece - Wideopen .rar.torrent | 5/30/2019 1:08 AM |
| ! New ! (Pthc) Laura Anal Closeup.torrent | 5/30/2019 1:25 AM |
| !!!New!!! (Pthc) nina (7yo bj).rar.torrent | 5/30/2019 3:26 AM |

| .Torrent Files ||
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| 2009 Pthc Ptsc 9Yo Daughter Asking For Cum.avi.torrent | 5/30/2019 3:29 AM |
| (Pthc)(Ptsc)(Hussyfan)(Raygold).--Kps.127.16Yo.Incest.Bear..rar.torrent | 5/30/2019 3:31 AM |
| ! New ! (Pthc) 2006 Tara 7Yr - Ass Rape (Kleuterkutje) (Pedo) (Ptsc).rar.torrent | 5/30/2019 3:32 AM |
| [ë""ì¹´]!!! New !!! Gillian 4Yo - Cuming In Mouth (Private) Kleuterkutje 4ì´.avi.torrent | 5/30/2019 3:32 AM |
| Kelly 8Yo - Finger In Pussy And Ass.mpg.torrent | 5/30/2019 3:49 AM |
| 31(PTHC.LOLIFUCK.OPVA).8YO.ANAL.FUCK.POV.-.SOUND. pth c.rar.torrent | 5/30/2019 3:49 AM |
| Daphne 8yo plenity sex pleasure (childlover xxxxx).mpg.torrent | 5/30/2019 3:52 AM |
| Daphne 8yo plenity sex pleasure ( childlover xxxxx)part 2.mpg.torrent | 5/30/2019 3:52 AM |
| -----Katerina - penetration-hymen-Â¥Â®Â¥Ã¦ --Pthc - Win Brother Sister - v2 - 10Yo Boy And 12Yo Girl(Â¡Â¹Â¡Â¹).mpg.torrent | 5/30/2019 3:53 AM |
| æž□å"□pedoå›¾ç‰‡è§†é¢'-å›½äº§pedoæ¬§ç¾Žpedoæ—¥æœ¬pedoèµ„æº□å¤§å□ˆé›†.torrent | 5/30/2019 3:58 AM |

| .Torrent Files | |
|---|---|
| **Name** | **Created Date/Time - UTC-06:00** |
| (fuckcum)Hc.D32_01.-.RCA.10.see.Cunt-4.-.Russian.lolita.Kim.10yo.(8yo.9yo).-.Daddy.cum.in.mouth.and.in.pussy.-.si.13fue.100%.(Pthc.-.20.2.04.-.10m34s).-.Pedoland.rar.torrent | 5/30/2019 4:05 AM |
| Daphne 8yo plenity sex pleasure ( childlover xxxxx)part 3..mpg.torrent | 5/30/2019 4:06 AM |
| Moscow 5-1 (VHS 5) 7yo daughter  Pedo Mom - (Rare dad & Daughter PTHC Video) (((Kingpass)))....1.avi.torrent | 5/30/2019 4:11 AM |
| (((KINGPASS)))  St. Petersburg Pthc - Pedo mom & 13 y old son 2.avi.torrent | 5/30/2019 4:11 |
| Hc Vim04 - Babysitter And Girl 8Yo - 10Yo Having Sex With Older Sister (Anal Toys!!) Incest - Pedo Mom Helps Dad Fuck His Tiny Daughter(B) (Pthc - 20m15S).rar.torrent | 5/30/2019 4:20 AM |
| ! New ! (Pthc) Laura Anal 8Yo_01(Split0).mpg.torrent | 5/30/2019 6:06 AM |
| [March_2014] (pthc pedo) ÃŒÃ³Ã¦Ã¨Ãª Ã§Ã Ã±Ã®Ã¢Ã»Ã¢Ã Ã¥Ã² Ã·Ã«Ã¥Ã Ã¨ ÃªÃ®Ã-Ã·Ã Ã¥Ã² Ã¢ Ã¯Ã®Ã¯Ã³ Ã±Ã¯Ã¿Ã¹Ã¥© 6-Ã«Ã¥Ã²Ã-Ã¥© Ã¤Ã¥¢Ã®Ã·Ãª¨ (Ã¯Ã¥Ã¤Ã®,Ã¤Ã¥²Ã¨,Ã¤Ã¥¢Ã®Ã·Ãª¨,.rar.rar.torrent | 5/30/2019 6:07 AM |
| !     (Pthc) Man, Boy (10Yo) And Young Girl (9Yo) Open 1111- .rar.torrent | 5/30/2019 6:09 AM |
| All Ls Land Torrents.torrent | 12/11/2019 22:47 PM |

| .Torrent Files ||
| --- | --- |
| **Name** | **Created Date/Time - UTC-06:00** |
| LS Island-Land-Midsummer-Touch-Hots, etc LS [9 Sets].3.torrent | 12/12/2019 1:22 AM |
| Ls-Land.Issue.06-Little-Pirates.17.torrent | 12/12/2019 1:28 AM |
| LS Studios Collection - LS Land 24-32.torrent | 12/12/2019 1:28 AM |
| Ls Land Issue 9 Cards Castle.torrent | 12/12/2019 1:32 AM |
| LS-Land.Issue.1.Perfects.Set16.torrent | 12/12/2019 5:38 AM |
| Ls-Land.Issue.06-Little-Pirates.01.torrent | 2/13/2020 1:30 AM |
| LS Stunning Dolls; Little Guests; Star; Touch [6 Sets 3 Videos].torrent | 2/13/2020 1:31 AM |
| Shining Pretties; Little Pirates, etc LS [8 LS sets].1.torrent | 2/13/2020 1:32 AM |
| LS Island-Land-Midsummer-Touch-Hots, etc LS [9 Sets].4.torrent | 2/13/2020 1:32 AM |
| Batmans Babies; Shining Pretties; etc [6 LS sets].torrent | 2/13/2020 1:36 AM |
| Showgirls.06_Shining Pretties, etc [5 sets 1 video].torrent | 2/13/2020 1:37 AM |
| Ls-Land.Issue.06-Little-Pirates.06.torrent | 2/13/2020 1:38 AM |
| Ls-Land.Issue.08-Hots.19.torrent | 2/13/2020 1:39 AM |
| Ls Land Issue 27 Showgirls.torrent | 2/13/2020 1:50 AM |
| Ls-Land.Issue.19-911.08.zip.torrent | 2/13/2020 1:51 AM |
| Showgirls_LittlePirates_Mag04_Girls57 (4sets).1.torrent | 2/13/2020 2:08 AM |
| Showgirls_Cowboys_LittlePirates (3sets).1.torrent | 2/13/2020 2:42 AM |
| Showgirls_LittlePirates_HawaiianBreeze (3sets).1.torrent | 5/28/2020 5:19 AM |
| Showgirls_Cowboys_LittlePirates (3sets).2.torrent | 5/28/2020 5:20 AM |

| .Torrent Files ||
| --- | --- |
| **Name** | **Created Date/Time - UTC-06:00** |
| Batmans Babies; Shining Pretties; etc [6 LS sets].1.torrent | 5/28/2020 5:20 AM |
| Showgirls.29_Shining Pretties.2a_11a, etc. [6 sets 2 videos].1.torrent | 7/17/2020 2:03 AM |
| Showgirls_Cowboys_LittlePirates (3sets).3.torrent | 7/17/2020 2:03 AM |
| Showgirls_LittlePearl_etc. (6sets).1.torrent | 7/17/2020 2:03 AM |
| Showgirls_LittlePirates_HawaiianBreeze (3sets).2.torrent | 7/17/2020 2:03 AM |
| Showgirls_LittlePirates_Mag04_Girls57 (4sets).2.torrent | 7/17/2020 2:03 AM |
| Showgirls_2_16_21_etc (6 sets 1 video).1.torrent | 7/17/2020 4:12 AM |
| Showgirls_05_26_etc [4 sets 3 videos].1.torrent | 7/17/2020 4:26 AM |
| Very beautifull russian school model 15 yrs old. no nude Exclusive LS-Island Release.torrent | 7/17/2020 4:38 AM |
| Batmans Babies; Shining Pretties; etc [6 LS sets].2.torrent | 7/17/2020 4:42 AM |