UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Tampa Division

DANIELLE SMITH,

    Plaintiff,

    v.                                Civil Action No. 21-01291-SDM-AEP

UNITED STATES DEPARTMENT
OF JUSTICE

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING OF RELEVANT COURT DECISION**

Plaintiff Danielle Smith ("Smith"), by and through her undersigned counsel and as part of their ethical obligations, attaches as Exhibit "1" a non-binding decision issued today by the Fourth Circuit Court of Appeals in *Zaid v. Department of Justice* that is relevant to this pending matter and Motions. The Plaintiff is prepared upon request to address as part of supplemental briefing any aspect of the decision.

Date: March 25, 2024

Respectfully submitted,

By: *s/Mark S. Zaid*  
MARK S. ZAID, ESQ.  
D.C. Bar No. 440532  
*Admitted Pro Hac Vice*  
Mark S. Zaid, P.C.  
1250 Connecticut Avenue, N.W.  
Suite 700  
Washington, D.C. 20036  
Tel: (202) 498-0011  
Fax: (202) 330-5610  
E-mail: Mark@MarkZaid.com  

By: *s/Joshua M. Entin*  
JOSHUA M. ENTIN, ESQ.  
Florida Bar No: 0493724  
ENTIN LAW GROUP, P.A.  
633 Andrews Ave., Suite 500  
Fort Lauderdale, Florida 33301  
Tel: (954) 761-7201  
E-mail: Josh@entinlaw.com  

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Mark S. Zaid, Esquire*

## SERVICE LIST

*DANIELLE SMITH v. UNITED STATES DEPARTMENT OF JUSTICE*
**CASE NUMBER: 21-01291-SDM-AEP**

E. Kenneth Stegeby
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813)274-6000 (Main)
E-Mail: Kenneth.Stegeby@usdoj.gov
*Via CM/ECF Notice of Electronic Filing*