

400 White Oaks Boulevard
Bridgeport, WV 26330
304-933-8000
Fax: 304-933-8183
http://www.steptoe-johnson.com

Writer's Contact Information
Shawn.Morgan@steptoe-johnson.com
304-933-8119

November 7, 2023

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

> Re:  Response to Supplemental Authority
> *United States v. Dugan*, No. 22-4642

Dear Ms. Anowi:

Pursuant to Federal Rule of Appellate Procedure 28(j), Mr. Dugan provides the following response to the Government's Rule 28(j) letter, filed on November 2, 2023.

The Government's Rule 28(j) letter cites an unpublished, out-of-circuit "Summary Order" relating to a single issue raised in Mr. Dugan's appeal: whether the good faith exception applies to the search of Mr. Dugan's residence. *See United States v. Delaney*, 22-1095, 2023 WL 7103281 (2d Cir. Oct. 27, 2023). While perhaps "pertinent," *Delaney* is not "significant." *See* Fed. R. App. P. 28(j) (stating that a party can advise the court of authorities that are both "pertinent ***and significant***" after the party's brief has been filed (emphasis added)). The Summary Order is not binding on this Court—or even on the Court in which it was decided. *See* 2d Cir. L.R. 32.1.1(a) ("Rulings by summary order do not have precedential effect."); *see also Delaney*, 2023 WL 7103281, at *5 (noting that "summary orders are non-binding").

Moreover, despite a second bite at the apple, the Government still fails to address the affidavit's most glaring omissions. *See* Reply Br. of Aplt. at 6–8. Like its response brief, the Government's Rule 28(j) letter provides no analysis of these deficiencies, under *Delaney* or otherwise. And even if this Court were to rely on *Delaney*, it has no bearing on the other issues raised in Mr. Dugan's appeal, including whether the District Court erred in denying Mr. Dugan's motion to compel and in ordering restitution. Thus, this Court should reverse Mr. Dugan's conviction.

Respectfully,

Shawn A. Morgan

cc: Holly J. Wilson, Esq., via email and ECF

West Virginia • Ohio • Kentucky • Pennsylvania • Texas • Colorado • Oklahoma